THE STATE OF OHIO, APPELLANT, *v.* KENNEDY, APPELLEE. (TWO CASES.)

[Cite as *State v. Kennedy* (1992), 63 Ohio St.3d 353.]

(Nos. 91–691 and 91–692—Submitted February 25, 1992—Decided April 8, 1992.)

*John T. Smiley,* Prosecuting Attorney, for appellant.

*G. Ian Crawford,* for appellee Janet Kennedy, in case No. 91–691, and appellee Greg Kennedy, in case No. 91–692.

The causes are reversed on authority of *State v. Eaton* (1969), 19 Ohio St.2d 145, 48 O.O.2d 188, 249 N.E.2d 897, paragraph one of the syllabus, vacated on

other grounds (1972), 408 U.S. 935, 92 S.Ct. 2857, 33 L.Ed.2d 750; and *State v. Poindexter* (1988), 36 Ohio St.3d 1, 5, 520 N.E.2d 568, 572.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.